**Order entered January 30, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01552-CV

### IN THE INTEREST OF C.G., III AND T.B., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-1115-W-304th**

## ORDER

We **GRANT** appellee's January 28, 2014 unopposed motion for an extension of time to file a brief **TO THE EXTENT** that appellee shall file its brief on or before **FEBRUARY 21, 2014**. No further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ADA BROWN
         JUSTICE